IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY D. PHILIPS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:17-cv-02011-RDP |
| | § | |
| CENTRAL FINANCIAL CONTROL, | § | |
| | § | |
| Defendant. | § | |

**MOVANT, CENTRAL FINANCIAL CONTROL'S,
MOTION FOR JUDGMENT ON THE PLEADINGS**

Movant Defendant, Syndicated Office Systems, LLC *d/b/a* Central Financial Control (CFC), through counsel and under Federal Rule of Civil Procedure 12(c), hereby submits its Motion for Judgment on the Pleadings and Brief in Support, seeking a dismissal with prejudice of the Complaint filed by plaintiff, Bobby D. Philips (plaintiff), and states:

1. On December 1, 2017, plaintiff filed his class action Complaint alleging CFC violated § 1692g(a)(2) of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, by sending him a collection letter regarding a medical debt wherein CFC "fail[ed] to properly inform [plaintiff] of the identity of the original creditor." (Doc. 1, p. 6, ¶ 34.) Specifically, plaintiff alleges CFC improperly referred to Brookwood Medical Center as the "Facility" instead of the "Creditor." *Id*. at p. 2, ¶ 10.

2. As discussed more fully in CFC's Brief filed contemporaneously herewith, plaintiff's claim fails as a matter of law. *See* 15 U.S.C. § 1692g(a)(2); *Lait v. Medical Data Sys., Inc.*, No. 1:17-CV-378, 2018 WL 1990513, *5 (M.D. Ala. April 26, 2018) (Watkins, C.J.), *reconsideration denied*, No. 1:17-CV-378-WKW, 2018 WL 1973269 (M.D. Ala. Apr. 26, 2018),

1

*appeal docketed*, No. 18-12255-F (11th Cir. May 25, 2018).  Accordingly, plaintiff's claim must be dismissed with prejudice.

WHEREFORE, CFC respectfully requests that this Court grant its Motion for Judgment on the Pleadings, dismiss plaintiff's Complaint with prejudice, and for such other relief to which CFC has shown itself justly entitled.

        Respectfully submitted,

        /s/ Whitney L. White
        Whitney L. White
        TX Bar No. 24075269
        Sessions, Fishman, Nathan & Israel, LLC
        900 Jackson Street, Suite 440
        Dallas, TX 75202
        Telephone: (214) 741-3001
        Facsimile: (214) 741-3055
        Email: wwhite@sessions.legal

        Laura C. Nettles
        AL Bar No. 5805-5631
        Lloyd, Gray, Whitehead & Monroe, P.C.
        880 Montclair Road, Suite 100
        Birmingham, AL 35213
        Telephone: (205) 967-8822
        Facsimile: (205) 967-2380
        Email: lnettles@lgwmlaw.com

        *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 13, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Alabama and served via CM/ECF upon the following:

Curtis R. Hussey
Hussey Law Firm, LLC
10 N. Section Street, No. 122
Fairhope, AL 36532
Telephone: (251) 928-1423
Facsimile: (866) 317-2674
Email: gulfcoastadr@gmail.com

Daniel Zemel, Esq.
Zemel Law LLC
1373 Broad Street, Suite 203-C
Clifton, NJ 07013
Telephone: (862) 227-3106
Email: dz@zemellawllc.com

                                                /s/ Whitney L. White
                                                Whitney L. White