UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY D. PHILIPS,** | } |
| Plaintiff, | } |
| v. | } |
| | } Case No.: 2:17-cv-02011-RDP |
| **CENTRAL FINANCIAL CONTROL,** | } |
| Defendant. | } |

### ORDER

This case is before the court on the Motion for Judgment on the Pleadings. (Doc. # 21). For the reasons explained in the Memorandum Opinion entered contemporaneously herewith, the Motion for Judgment on the Pleadings (Doc. # 21) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.

Costs are taxed against Plaintiff.

**DONE** and **ORDERED** this August 7, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE